EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Aida Barrios Castellanos | 2016 TSPR 233<br><br>196 DPR ____ |

Número del Caso: TS-11,724

Fecha: 15 de noviembre de 2016

Abogada de la Peticionaria:

      Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex Parte*


Aida Barrios Castellanos                 **Núm.** TS-11,724


RESOLUCIÓN

San Juan, Puerto Rico, a 15 de noviembre de 2016

Evaluada la *Moción en Cumplimiento de Orden* y la *Moción solicitando readmisión al ejercicio de la abogacía,* presentadas por la abogada Aida Barrios Castellanos, se provee ha lugar.

Se ordena el cambio de estatus de la abogada en el Registro de Abogados y Abogadas, a "abogada activa".

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.



Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo